**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

EDMOND H. GALTON,

            Plaintiff - Appellant,

  v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

            Defendant - Appellee.

No. 09-56943

D.C. No. 5:09-cv-01188-DOC-MLG

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

    Edmond H. Galton appeals pro se from the district court's judgment

affirming the Commissioner of Social Security's denial of benefits. We have

jurisdiction under 28 U.S.C. § 1291. We review de novo. *Lewis v. Astrue*, 498

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 909, 911 (9th Cir. 2007). We affirm.

Contrary to Galton's contentions, the Administrate Law Judge's decision did not go beyond the scope of the remand order because, as the district court had instructed, the Administrative Law Judge on remand determined whether there was any work in the economy that Galton could perform in light of all his impairments, including dyslexia.

Galton's remaining contentions are unpersuasive.

**AFFIRMED.**

09-56943